This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**MARK GLERUP,**

Worker-Appellant,

v. **NO. 35,406**

**THAT CAR PLACE, INC.,**

Employer-Appellee,

and

**NEW MEXICO UNINSURED EMPLOYERS' FUND,**

Statutory Third Party-Appellee.

**APPEAL FROM THE WORKERS' COMPENSATION ADMINISTRATION**
**Leonard J. Padilla, Workers' Compensation Judge**

Michael J. Doyle
Los Lunas, NM

for Appellant

Narvaez Law Firm, PA
Henry F. Narvaez
Albuquerque, NM

for Appellee

Richard J. Crollett, Attorney for UEF
Albuquerque, NM

for Statutory Third Party-Appellee

**MEMORANDUM OPINION**

**WECHSLER, Judge.**

{1}     Summary reversal and remand was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary reversal and remand has been filed and the time for doing so has expired.

{2}     Accordingly, we reverse and remand for the reasons stated in our calendar notice.

{3}     **IT IS SO ORDERED.**

_____
**JAMES J. WECHSLER, Judge**

**WE CONCUR:**


_____
**RODERICK T. KENNEDY, Judge**



_____
**LINDA M. VANZI, Judge**

2